# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

FILED

OCT 28 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
　　　　DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| v. ) | |
| ) | Case No.  5:19-po-00313-JLT |
| LAMONTE R. FIELDS, ) | |

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at: United States Courthouse, 510 19th Street, Bakersfield, CA 93301
　　　　　　　　　　　　　　　　　　　　　　　　　*Place*

5.) Defendant shall not return to Death Valley National Park during the pendency of this case. JLT

on　　　　　　1/14/2020 at 2:30 PM
　　　　　　　　　*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 10/28/2019

　　　　　　　　　　　　　　　　　　　　　　*Defendant's signature*

Date: 10/28/2019

　　　　　　　　　　　　　　　　　　　　　　*Judicial Officer's Signature*

　　　　　　　　　　　　　　　　　　Jennifer L. Thurston, U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　*Printed name and title*